IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY C. SUDOL, III; MICHAEL C. SUDOL, and RICHARD J. SUDOL,<br><br>  Defendants. | No. C 05-01299 JSW<br><br>**ORDER REFERRING MOTION TO QUASH AND ALL DISCOVERY TO A MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of Defendants' Motion to Quash as well as all other discovery disputes in this matter. In addition, the Court will not hear argument on the motion on the date initially improperly set by Defendants of December 15, 2005 at 2:00 p.m.

The parties will be advised of the date, time, and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: December 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom