Anthony C. Sudol III
Richard J. Sudol
Michael G. Sudol

Defendants Pro Se

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C 05-01299 JSW |
| Plaintiff, vs. | Motion to Appear by Telephone (Richard J. Sudol) |
| ANTHONY C. SUDOL, III, MICHAEL G. SUDOL, and RICHARD J. SUDOL, | Conference Date: January 5, 2006<br>Scheduled Time: 9:00 a.m.<br>Location: Courtroom G, 15th Floor |
| Defendants. | |

**REQUEST FOR TELEPHONE PARTICIPATION**

The undersigned would respectfully request that the undersigned, located in Tampa, FL., be permitted to participate in the Settlement Conference on January 5 at 9:00am by telephonic means.

**BACKGROUND**

The request to appear by telephone is due to medical as well as financial reasons. In December 2002, Richard was involved in an auto accident that has left him permanently disabled and unable to work. He currently receives a monthly disability check that does not allow him to pay for the cost of airfare and caring for his three (3) young children while out of town.

Jan. 4, 2006

GRANTED

Dated: Judge Bernard Zimmerman

Respectfully submitted,

_____/s/_____

Richard J. Sudol