Kathleen A. Ford (Trial Counsel)
(fordk@sec.gov)
N. Blair Vietmeyer
(vietmeyerb@sec.gov)
Irene Gutierrez
(gutierrezi@sec.gov)
Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, CA 94104
Telephone: (202) 415-293-0326
Facsimile:  (415) 705-2331

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　vs.<br>ANTHONY C. SUDOL, III, MICHAEL G. SUDOL, and RICHARD J. SUDOL,<br><br>　　　　Defendants. | Civil Action No.  C 05-01299 JSW<br><br>[Proposed] Order Continuing Case Management Conference |

　　　The parties have filed a Joint Motion to Continue the Case Management Conference currently scheduled for Friday, March 24, 2006 at 1:30 p.m. in the above-captioned matter. In support of their Motion, the parties state that they have reached an agreement in principle with regard to the Settlement of this matter, and that extra time is needed to finalize the Settlement, including a somewhat lengthy internal approval process at Plaintiff's agency, the Securities and Exchange Commission. The

1  parties further state that this motion is not filed to cause
2  unnecessary delay.
3       It is hereby ORDERED that the Joint Motion to Continue is
4  GRANTED.  The Case Management Conference is continued until
5  thirty (30) days from the current scheduled date of March 24,
   to Friday April 21, 2006 at 1:30 p.m., unless a dismissal is filed before that date.
6  2006.  In light of the fact that said Case Management Conference
7  has been continued, the parties need not file a Supplemental
8  Joint Case Management Conference Statement at this time.
9  IT IS SO ORDERED.
10 Dated: March 16, 2006

                                   _____
                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE