Kathleen A. Ford (Trial Counsel)
(fordk@sec.gov)
N. Blair Vietmeyer
(vietmeyerb@sec.gov)
Irene Gutierrez
(gutierrezi@sec.gov)
Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, CA 94104
Telephone: (202) 415-293-0326
Facsimile:  (415) 705-2331

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>ANTHONY C. SUDOL, III, MICHAEL G. SUDOL, and RICHARD J. SUDOL,<br><br>Defendants. | Civil Action No.  C 05-01299 JSW<br><br>[Proposed] Order Continuing Case Management Conference |

The parties have filed a Joint Motion to Continue the Case Management Conference currently scheduled for Friday, April 21, 2006 at 1:30 p.m. in the above-captioned matter. This is the second such Motion to Continue, based upon the parties having reached an agreement in principle with regard to the Settlement of this matter, and the lenghthy internal approval process at Plaintiff's agency, the Securities and Exchange Commission, which has turned out to be more cumbersome that originally anticipated.

1  The parties further state that this motion is not filed to cause
2  unnecessary delay.
3      It is hereby ORDERED that the second Joint Motion to
4  Continue is GRANTED. The Case Management Conference is continued
5  until fourteen (14) days from the current scheduled date of April
6  21, 2006, or May 5, 2006. In light of the fact that said Case
7  Management Conference has been continued, the parties need not
8  file a Supplemental Joint Case Management Conference Statement at
9  this time.
10 IT IS SO ORDERED.   The Case Management Conference is RESET for May 19, 2006 at 1:30 p.m.
11 Dated: April 17, 2006

                                    /s/ Jeffrey S. White
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

-2-